# Exhibit A

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| In re application: | Eric J. Stanifer | Group Art Unit: | 3611 |
| Serial No.: | 14/739,076 | Examiner: | Knutson, Jacob D. |
| Filing Date: | June 15, 2015 | Docket No.: | 18801-01103 |
| | | Confirmation No.: | 5053 |

Title: UNDERBED HITCH MOUNTING SYSTEM

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

## 37 CFR § 1.131 DECLARATION OF PRIOR INVENTION

Dear Sir:

  Enclosed is a Declaration of Prior Invention under 37 CFR § 1.131 from one of the inventors, Eric J. Stanifer and supporting Exhibits.

# 37 CFR § 1.131 DECLARATION OF PRIOR INVENTION

I, Eric J. Stanifer, declare as follows:

1. I am an inventor of the invention described and claimed in US Patent Application entitled "UNDERBED HITCH MOUNTING SYSTEM", assigned Serial No. 14/739,076 and filed on June 15, 2015 (hereinafter "the present application").

2. I understand the claims of the present application have been rejected based on U.S. Publication No. 20090295122 to Withers ("'122 Withers"), which was filed on July 31, 2008 and claims its earliest priority to provisional application, Serial No. 61/057,376 filed on May 30, 2008.

I understand the claims of the present application have been rejected based on U.S. Patent No. 7,793,968 to Withers ("'968 Withers"), which was filed on June 23, 2009.

3. The invention described and claimed in the present application was conceived by my fellow inventor and me prior to the effective date of '122 Withers of May 30, 2008 and '968 Withers of June 23, 2009, and diligently worked on and reduced to practice following conception, as evidenced by the following facts, which are of my own knowledge:

4. Attached hereto as Exhibit A are drawings that I along with my fellow inventor prepared and completed on May 8, 2008. The drawings of Exhibit A demonstrate our conception of the claimed subject matter before the effective date of the '122 Withers of May 30, 2008 and the '968 Withers of June 23, 2009. The drawings attached as Exhibit A were created as I and my fellow inventor refined the invention to create a manufacturable version. Therefore, I and my

fellow inventor as the inventors of the present application conceived of the invention prior to May 30, 2008 and June 23, 2009.

Further, we were diligent in working on the invention from this date until the filing the provisional patent application to which this application ultimately claims priority. Specifically, we were diligent in working on the invention at least until we filed the provisional patent application 61/197,732, which we filed on October 30, 2008 and thereafter. Please note certain portions of the drawings have been redacted as the information is either confidential or unrelated to the conception date and/or diligence required.

4. I declare under laws of perjury that the foregoing is true.

Date 8/28/2017

Eric J. Stanifer





5-08-08 Proposal