IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Horizon Global Americas Inc.,**            **Case No. 1:20-cv-00310**

        **Plaintiff,**
  -vs-
                               **JUDGE PAMELA A. BARKER**

**Northern Stamping, Inc.,**
                               **CASE MANAGEMENTCONFERENCE**
        **Defendant.**        **ORDER**

A Case Management Conference ("CMC") was held in this matter **on October 29, 2020.**  The parties and counsel of record agreed to the following, and **IT IS ORDERED** that:

1.    The parties **do not** consent to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c) at this time.

| | |
|---|---|
| Initial Infringement Contentions and Accompanying Document Production (LPR 3.1, 3.2) | Completed |
| Initial Noninfringement Contentions and Accompanying Document Production (LPR 3.3, 3.4) | 10/26/2020 (30 days after infringement contentions) |
| Invalidity and Unenforceability Contentions and Accompanying Document Production (LPR 3.5, 3.6) | 11/23/20 (80 days after answer) |
| Validity and Enforceability Contentions (LPR 3.7) | 12/14/20 (20 days after invalidity contentions) |
| Final Infringement Contentions (LPR 3.10(b)) | 15 days after claim construction ruling |
| Final Noninfringement, Invalidity and Unenforceability Contentions (LPR 3.10 (c)) | 30 days after claim construction ruling |
| Final Validity and Enforceability Contentions (LPR 3.10(d)) | 45 days after claim construction ruling |
| Exchange of Proposed Terms for Construction (LPR 4.1(a)) | 12/7/20 (95 days after answer) |
| Exchange of Final List of Proposed Terms for Construction (LPR 4.1(c)) | 1/4/21 (115 days after answer1) |

| | |
|---|---|
| Exchange of Preliminary Claim Constructions and Evidence (LPR 4.2(a)) | 1/19/21 (15 days after final exchange of terms) |
| Exchange of Final Claim Constructions (LPR 4.2(c)) | 3/10/21 (5 days after expert discovery ends or 50 days after exchange of prelim. constructions) |
| Identification of Claim Construction Experts and service of report (LPR 4.3(a)) | 2/3/21 (15 days after exchange of prelim. constructions) |
| Identification of Rebuttal Claim Construction Experts and service of report (LPR 4.3(b)) | 2/18/21 (15 days after initial expert report) |
| Completion of Expert Depositions (LPR 4.3(c)) | 3/5/21 (15 days after rebuttal reports) |
| Contemporaneous Opening Claim Construction Briefs (LPR 4.4(a)) | 3/25/21 (15 days after exchange of final claim constructions) |
| Contemporaneous Responsive Claim Construction Briefs (LPR 4.4(b)) | 4/26/21 (30 days after opening briefs) |
| Joint Claim Construction and Prehearing Statement (LPR 4.5) | 5/3/21 (5 days after responsive briefs) |
| Advice of Counsel (LPR 4.8) | TBD (90 days before close of fact discovery) |
| Close of fact discovery (LPR 4.7) | TBD (30 days after claim construction ruling) |
| Initial Expert Disclosures (LPR 5.1(b)) | TBD (60 days after claim construction ruling) |
| Rebuttal expert disclosures (LPR 5.1(c)) | TBD (30 days after initial expert disclosures) |
| Expert deposition deadline | TBD (40 days after exchange of expert rebuttal reports) |
| Dispositive Motions | TBD (10 days after end of expert discovery) |

5. A **telephonic status conference with lead counsel is set for February 18, 2021 at 1:30 p.m**. Counsel shall confer within five (5) business days of the scheduled conference to discuss outstanding issues and respective positions as to settlement. Counsel shall provide to the Court within three (3) business days of the conference, a joint Status Report or confidential individual Status Reports describing the status of discovery, settlement positions, and issues to be addressed. The Status Reports need not be filed, but may be delivered via email to Barker_Chambers@ohnd.uscourts.gov

**IT IS SO ORDERED**.

|  |  |
|---|---|
|  | S/ Pamela A. Barker |
|  | PAMELA A. BARKER |
| Date: October 30, 2019 | U. S. DISTRICT JUDGE |