UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MINUTES OF PROCEEDINGS**  Date: June 17, 2021

Case No.: 1:20-cv-00310

Court Reporter: none

PAMELA A. BARKER
United States District Judge

Horizon Global Americas, Inc.,
    v.

Northern Stamping, Inc.,

APPEARANCES:    For Plaintiff:

    Andrew D. Gordon-Seifert and David B. Cupar

    For Defendant:

    David A. Bernstein, Jay R. Campbell, and Ron N. Sklar

PROCEEDINGS: Telephone status conference held. Participating on behalf of Plaintiff were Attorneys Andrew D. Gordon-Seifert and David B. Cupar and participating on behalf of Defendant were Attorneys David A. Bernstein, Jay R. Campbell, and Ron N. Sklar. The parties informed the Court that they were unable to resolve the case through settlement negotiations during the stay and that the case should be reopened. Accordingly, at the request of the parties, the case is reopened. The Court reset the remaining case deadlines as follows:

| | |
|---|---|
| Contemporaneous Opening Claim Construction Briefs (LPR 4.4(a)) | August 6, 2021 |
| Contemporaneous Responsive Claim Construction Briefs (LPR 4.4(b)) | September 7, 2021 |

|  |  |
|---|---|
| Joint Claim Construction and Prehearing Statement (LPR 4.5) | September 13, 2021 |
| Final Infringement Contentions (LPR 3.10(b)) | 15 days after claim construction ruling |
| Final Noninfringement, Invalidity and Unenforceability Contentions (LPR 3.10(c)) | 30 days after claim construction ruling |
| Final Validity and Enforceability Contentions (LPR 3.10(d)) | 45 days after claim construction ruling |
| Advice of Counsel (LPR 4.8) | 90 days before close of fact discovery |
| Close of fact discovery (LPR 4.7) | 30 days after claim construction ruling |
| Initial Expert Disclosures (LPR 5.1(b)) | 60 days after claim construction ruling |
| Rebuttal expert disclosures (LPR 5.1(c)) | 30 days after initial expert disclosures |
| Expert deposition deadline | 40 days after exchange of expert rebuttal reports |
| Dispositive Motions | 10 days after end of expert discovery |

Defendant's counsel indicated that Defendant intended to file a petition for *inter partes* review and to move for a stay pending resolution of that review, which Plaintiff's counsel stated Plaintiff would oppose.  The Court informed the parties it would address any such motion when filed.  Finally, the Court set a telephonic status conference for September 14, 2021 at 2:30 p.m.   Separate status conference order to issue.

Time: 20 minutes                                                             s/Kim Perhacs
                                                                                          Courtroom Deputy Clerk