# Exhibit N



# MARKS' STANDARD HANDBOOK FOR MECHANICAL ENGINEERS

## TENTH EDITION

**EUGENE A. AVALLONE**
**THEODORE BAUMEISTER III**

Library of Congress Cataloged The First Issue
of this title as follows:

Standard handbook for mechanical engineers. 1st-ed.;
1916–

New York, McGraw-Hill.

v. Illus. 18–24 cm.

Title varies: 1916–58; Mechanical engineers' handbook.
Editors: 1916–51, L. S. Marks.—1958–   T. Baumeister.
Includes bibliographies.

1. Mechanical engineering—Handbooks, manuals, etc.   I. Marks, Lionel Simeon, 1871–  ed.   II. Baumeister, Theodore, 1897–  ed.   III. Title; Mechanical engineers' handbook.
TJ151.S82      502'.4'621      16–12915

Library of Congress Catalog Card Number: 87-641192

MARKS' STANDARD HANDBOOK FOR MECHANICAL ENGINEERS

**McGraw-Hill**
A Division of The *McGraw-Hill* Companies

Copyright © 1996, 1987, 1978 by The McGraw-Hill Companies, Inc.
Copyright © 1967, renewed 1995, and 1958, renewed 1986, by Theodore Baumeister III.
Copyright © 1951, renewed 1979 by Lionel P. Marks and Alison P. Marks.
Copyright © 1941, renewed 1969, and 1930, renewed 1958, by Lionel Peabody Marks.
Copyright © 1924, renewed 1952 by Lionel S. Marks.
Copyright © 1916 by Lionel S. Marks.
All rights reserved.

Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

67890   DOW/DOW   90109

ISBN 0-07-004997-1

*The sponsoring editors for this book were Robert W. Hauserman and Robert Esposito, the editing supervisor was David E. Fogarty, and the production supervisor was Suzanne W. B. Rapcavage. It was set in Times Roman by Progressive Information Technologies.*

*Printed and bound by R. R. Donnelley & Sons Company.*

This book is printed on acid-free paper.

*The editors and the publishers will be grateful to readers who notify them of any inaccuracy or important omission in this book.*




Square                    Rectangular

**Table 12.2.26  Properties of Square and Rectangular Tubing (TS Sections)***

| Nominal Size $D$, in $\times$ $b$, in | $t$, in | Weight, lb/ft | Area of metal, in$^2$ | $I_{xx}$, in$^4$ | $S_{xx}$, in$^3$ | $r_{xx}$, in | $I_{yy}$, in$^4$ | $S_{yy}$, in$^3$ | $r_{yy}$, in |
|---|---|---|---|---|---|---|---|---|---|
| TS 12 × 12 | 0.5 | 76.07 | 22.4 | 485 | 80.9 | 4.66 | 485 | 80.9 | 4.66 |
| 12 | 0.375 | 58.1 | 17.1 | 380 | 63.4 | 4.72 | 380 | 63.4 | 4.72 |
| TS 10 × 10 | 0.5 | 62.46 | 18.4 | 271 | 54.2 | 3.84 | 271 | 54.2 | 3.84 |
| 10 | 0.375 | 47.9 | 14.1 | 214 | 42.9 | 3.9 | 214 | 42.9 | 3.9 |
| 10 | 0.25 | 32.63 | 9.59 | 151 | 30.1 | 3.96 | 151 | 30.1 | 3.96 |
| TS 8 × 8 | 0.5 | 48.85 | 14.4 | 131 | 32.9 | 3.03 | 131 | 32.9 | 3.03 |
| 8 | 0.375 | 37.69 | 11.1 | 106 | 26.4 | 3.09 | 106 | 26.4 | 3.09 |
| 8 | 0.25 | 25.82 | 7.59 | 75.1 | 18.8 | 3.15 | 75.1 | 18.8 | 3.15 |
| TS 6 × 6 | 0.5 | 35.24 | 10.4 | 50.5 | 16.8 | 2.21 | 50.5 | 16.8 | 2.21 |
| 6 | 0.375 | 27.48 | 8.08 | 41.6 | 13.9 | 2.27 | 41.6 | 13.9 | 2.27 |
| 6 | 0.25 | 19.02 | 5.59 | 30.3 | 10.1 | 2.33 | 30.3 | 10.1 | 2.33 |
| 6 | 0.1875 | 14.53 | 4.27 | 23.8 | 7.93 | 2.36 | 23.8 | 7.93 | 2.36 |
| TS 5 × 5 | 0.5 | 28.43 | 8.36 | 27.0 | 10.8 | 1.80 | 27.0 | 10.8 | 1.80 |
| 5 | 0.375 | 22.37 | 6.58 | 22.8 | 9.11 | 1.86 | 22.8 | 9.11 | 1.86 |
| 5 | 0.25 | 15.62 | 4.59 | 16.9 | 6.78 | 1.92 | 16.9 | 6.78 | 1.92 |
| 5 | 0.1875 | 11.97 | 3.52 | 13.4 | 5.36 | 1.95 | 13.4 | 5.36 | 1.95 |
| TS 4 × 4 | 0.5 | 21.63 | 6.36 | 12.3 | 6.13 | 1.39 | 12.3 | 6.13 | 1.39 |
| 4 | 0.375 | 17.27 | 5.08 | 10.7 | 5.35 | 1.45 | 10.7 | 5.35 | 1.45 |
| 4 | 0.25 | 12.21 | 3.59 | 8.22 | 4.11 | 1.51 | 8.22 | 4.11 | 1.51 |
| 4 | 0.1875 | 9.42 | 2.77 | 6.59 | 3.3 | 1.54 | 6.59 | 3.3 | 1.54 |
| TS 3 × 3 | 0.375 | 10.58 | 3.11 | 3.58 | 2.39 | 1.07 | 3.58 | 2.39 | 1.07 |
| 3 | 0.25 | 8.81 | 2.59 | 3.16 | 2.10 | 1.10 | 3.16 | 2.10 | 1.10 |
| 3 | 0.1875 | 6.87 | 2.02 | 2.60 | 1.73 | 1.13 | 2.60 | 1.73 | 1.13 |
| TS 2 × 2 | 0.3125 | 6.32 | 1.86 | 0.815 | 0.815 | 0.662 | 0.815 | 0.815 | 0.662 |
| 2 | 0.25 | 5.41 | 1.59 | 0.766 | 0.766 | 0.694 | 0.766 | 0.766 | 0.694 |
| 2 | 0.1875 | 4.32 | 1.27 | 0.668 | 0.668 | 0.726 | 0.668 | 0.668 | 0.726 |
| TS 20 × 12 | 0.5 | 103.3 | 30.4 | 1,650 | 165 | 7.37 | 750 | 125 | 4.97 |
| 12 | 0.375 | 78.52 | 23.1 | 1,280 | 128 | 7.45 | 583 | 97.2 | 5.03 |
| 8 | 0.5 | 89.68 | 26.4 | 1,270 | 127 | 6.94 | 300 | 75.1 | 3.38 |
| 8 | 0.375 | 68.31 | 20.1 | 988 | 98.8 | 7.02 | 236 | 59.1 | 3.43 |
| 8 | 0.3125 | 57.36 | 16.9 | 838 | 83.8 | 7.05 | 202 | 50.4 | 3.46 |
| TS 16 × 12 | 0.5 | 89.68 | 26.4 | 962 | 120 | 6.04 | 618 | 103 | 4.84 |
| 12 | 0.375 | 68.31 | 20.1 | 748 | 93.5 | 6.11 | 482 | 80.3 | 4.9 |
| 8 | 0.5 | 76.07 | 22.4 | 722 | 90.2 | 5.68 | 244 | 61 | 3.3 |
| 8 | 0.375 | 58.1 | 17.1 | 565 | 70.6 | 5.75 | 193 | 48.2 | 3.36 |
| 8 | 0.3125 | 48.86 | 14.4 | 481 | 60.1 | 5.79 | 165 | 41.2 | 3.39 |
| TS 12 × 6 | 0.625 | 67.82 | 19.9 | 337 | 56.2 | 4.11 | 112 | 37.2 | 2.37 |
| 6 | 0.5 | 55.66 | 16.4 | 287 | 47.8 | 4.19 | 96 | 32 | 2.42 |
| 6 | 0.375 | 42.79 | 12.6 | 228 | 38.1 | 4.26 | 77.2 | 25.7 | 2.48 |
| 6 | 0.25 | 29.23 | 8.59 | 161 | 26.9 | 4.33 | 55.2 | 18.4 | 2.53 |
| 6 | 0.1875 | 22.18 | 6.52 | 124 | 20.7 | 4.37 | 42.8 | 14.3 | 2.56 |
| TS 12 × 4 | 0.625 | 59.32 | 17.4 | 257 | 42.8 | 3.84 | 41.8 | 20.9 | 1.55 |
| 4 | 0.5 | 48.85 | 14.4 | 221 | 36.8 | 3.92 | 36.9 | 18.5 | 1.6 |
| 4 | 0.375 | 37.69 | 11.1 | 178 | 29.6 | 4.01 | 30.5 | 15.2 | 1.66 |
| 4 | 0.25 | 25.82 | 7.59 | 127 | 21.1 | 4.09 | 22.3 | 11.1 | 1.71 |
| 4 | 0.1875 | 19.63 | 5.77 | 98.2 | 16.4 | 4.13 | 17.5 | 8.75 | 1.74 |

* On special order, TS sections currently are available in sizes up to 30 × 30 and 30 × 24.

## Table 12.2.26 Properties of Square and Rectangular Tubing (TS Sections)* (Continued)

| Nominal Size $D$, in $\times$ $b$, in | $t$, in | Weight, lb/ft | Area of metal, in² | $I_{xx}$, in⁴ | $S_{xx}$, in³ | $r_{xx}$, in | $I_{yy}$, in⁴ | $S_{yy}$, in³ | $r_{yy}$, in |
|---|---|---|---|---|---|---|---|---|---|
| TS 10 × 4 | 0.5 | 42.05 | 12.4 | 136 | 27.1 | 3.31 | 30.8 | 15.4 | 1.58 |
| 4 | 0.375 | 32.58 | 9.58 | 110 | 22 | 3.39 | 25.5 | 12.8 | 1.63 |
| 4 | 0.25 | 22.42 | 6.59 | 79.3 | 15.9 | 3.47 | 18.8 | 9.39 | 1.69 |
| TS 8 × 6 | 0.5 | 42.05 | 12.4 | 103 | 25.8 | 2.89 | 65.7 | 21.9 | 2.31 |
| 6 | 0.375 | 32.58 | 9.58 | 83.7 | 20.9 | 2.96 | 53.5 | 17.8 | 2.36 |
| 6 | 0.25 | 22.42 | 6.59 | 60.1 | 15 | 3.02 | 38.6 | 12.9 | 2.42 |
| 4 | 0.625 | 42.3 | 12.4 | 85.1 | 21.3 | 2.62 | 27.4 | 13.7 | 1.49 |
| 4 | 0.5 | 35.24 | 10.4 | 75.1 | 18.8 | 2.69 | 24.6 | 12.3 | 1.54 |
| 4 | 0.375 | 27.48 | 8.08 | 61.9 | 15.5 | 2.77 | 20.6 | 10.3 | 1.6 |
| 4 | 0.25 | 19.02 | 5.59 | 45.1 | 11.3 | 2.84 | 15.3 | 7.63 | 1.65 |
| 2 | 0.375 | 22.37 | 6.58 | 40.1 | 10 | 2.47 | 3.85 | 3.85 | 0.765 |
| 2 | 0.25 | 15.62 | 4.59 | 30.1 | 7.52 | 2.56 | 3.08 | 3.08 | 0.819 |
| TS 6 × 4 | 0.5 | 28.43 | 8.36 | 35.3 | 11.8 | 2.06 | 18.4 | 9.21 | 1.48 |
| 4 | 0.375 | 22.37 | 6.58 | 29.7 | 9.9 | 2.13 | 15.6 | 7.82 | 1.54 |
| 4 | 0.25 | 15.62 | 4.59 | 22.1 | 7.36 | 2.19 | 11.7 | 5.87 | 1.6 |
| 4 | 0.1875 | 11.97 | 3.52 | 17.4 | 5.81 | 2.23 | 9.32 | 4.66 | 1.63 |
| 2 | 0.375 | 17.27 | 5.08 | 17.8 | 5.94 | 1.87 | 2.84 | 2.84 | 0.748 |
| 2 | 0.25 | 12.21 | 3.59 | 13.8 | 4.6 | 1.96 | 2.31 | 2.31 | 0.802 |
| TS 4 × 3 | 0.25 | 10.51 | 3.09 | 6.45 | 3.23 | 1.45 | 4.1 | 2.74 | 1.15 |
| 3 | 0.1875 | 8.15 | 2.39 | 5.23 | 2.62 | 1.48 | 3.34 | 2.23 | 1.18 |
| 2 | 0.375 | 12.17 | 3.58 | 5.75 | 2.87 | 1.27 | 1.83 | 1.83 | 0.715 |
| 2 | 0.25 | 8.81 | 2.59 | 4.69 | 2.35 | 1.35 | 1.54 | 1.54 | 0.77 |
| 2 | 0.1875 | 6.87 | 2.02 | 3.87 | 1.93 | 1.38 | 1.29 | 1.29 | 0.798 |
| TS 3 × 2 | 0.25 | 7.11 | 2.09 | 2.21 | 1.47 | 1.03 | 1.15 | 1.15 | 0.742 |
| 2 | 0.1875 | 5.59 | 1.64 | 1.86 | 1.24 | 1.06 | 0.977 | 0.977 | 0.771 |
| 2 | 0.125 | 3.9 | 1.15 | 1.38 | 0.92 | 1.1 | 0.733 | 0.733 | 0.8 |

* On special order, TS sections currently are available in sizes up to 30 × 30 and 30 × 24.

## Table 12.2.27 Coefficients of Deflection for Steel Beams under Uniformly Distributed Loads

| Span, ft | Fiber stress, lb/in² 24,000 | Fiber stress, lb/in² 10,000 | Span, ft | Fiber stress, lb/in² 24,000 | Fiber stress, lb/in² 10,000 | Span, ft | Fiber stress, lb/in² 24,000 | Fiber stress, lb/in² 10,000 | Span, ft | Fiber stress, lb/in² 24,000 | Fiber stress, lb/in² 10,000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.026 | 0.011 | 14 | 4.87 | 2.029 | 27 | 18.1 | 7.54 | 39 | 37.7 | 15.7 |
| 2 | 0.098 | 0.041 | 15 | 5.59 | 2.328 | 28 | 19.5 | 8.12 | 40 | 39.8 | 16.6 |
| 3 | 0.223 | 0.093 | 16 | 6.36 | 2.648 | 29 | 20.9 | 8.71 | 41 | 41.8 | 17.4 |
| 4 | 0.398 | 0.166 | 17 | 7.18 | 2.990 | 30 | 22.4 | 9.32 | 42 | 43.9 | 18.3 |
| 5 | 0.621 | 0.259 | 18 | 8.04 | 3.35 | 31 | 23.9 | 9.94 | 43 | 45.8 | 19.1 |
| 6 | 0.892 | 0.372 | 19 | 8.97 | 3.74 | 32 | 25.4 | 10.60 | 44 | 48.0 | 20.0 |
| 7 | 1.23 | 0.507 | 20 | 9.93 | 4.14 | 33 | 27.0 | 11.27 | 45 | 50.4 | 21.0 |
| 8 | 1.59 | 0.662 | 21 | 10.9 | 4.56 | 34 | 28.7 | 11.96 | 46 | 52.6 | 21.9 |
| 9 | 2.01 | 0.838 | 22 | 12.1 | 5.01 | 35 | 30.5 | 12.7 | 47 | 54.7 | 22.8 |
| 10 | 2.48 | 1.034 | 23 | 13.1 | 5.47 | 36 | 32.2 | 13.4 | 48 | 57.1 | 23.8 |
| 11 | 3.00 | 1.251 | 24 | 14.3 | 5.96 | 37 | 34.1 | 14.2 | 49 | 59.5 | 24.8 |
| 12 | 3.58 | 1.489 | 25 | 15.6 | 6.47 | 38 | 35.8 | 14.9 | 50 | 62.2 | 25.9 |
| 13 | 4.20 | 1.748 | 26 | 16.8 | 7.00 | | | | | | |

NOTE: For a load concentrated at midspan, use ⅔ of the coefficient given. 1 ft = 0.305 m; 1 lb/in² = 6.89 kPa.

### Table 12.2.28 Values of Standard Framed-Beam Connections

(⅞-in A325 HS bolts in standard holes,* A36 members)

| AISC designation | Two angles thickness × length | Shear 1,000 lb | Bearing on beam web ($t$), 1,000 lb |
|---|---|---|---|
| 10 rows | 5⁄16 × 2′5½″ | 204 | 609$t$ |
| 9 rows | 5⁄16 × 2′2½″ | 184 | 548$t$ |
| 8 rows | 5⁄16 × 1′11½″ | 164 | 487$t$ |
| 7 rows | 5⁄16 × 1′8½″ | 143 | 426$t$ |
| 6 rows | 5⁄16 × 1′5½″ | 123 | 365$t$ |
| 5 rows | 5⁄16 × 1′2½″ | 102 | 304$t$ |
| 4 rows | 5⁄16 × 0′11½″ | 81.8 | 243$t$ |
| 3 rows | 5⁄16 × 0′8½″ | 61.3 | 182$t$ |
| 2 rows | 5⁄16 × 0′5½″ | 40.9 | 121$t$ |

NOTE: 1 in = 2.54 cm; 1 lb = 4.45 N.
* Values indicated are for slip-critical connections or bearing type where threads are not excluded from the shear plane. For bearing-type connections where threads are excluded from the shear plane, shear values may be increased by 1.47.
† If the web of the supporting beam is thinner than 0.17 in (0.42 in if beams frame on both sides), bearing must also be investigated.