UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Horizon Global Americas Inc., | ) | Case No. 1:20-cv-00310-PAB |
| | ) | |
| Plaintiff, | ) | Judge Pamela A. Barker |
| | ) | |
| v. | ) | |
| | ) | |
| Northern Stamping, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**Horizon's Motion for Leave to**
**Amend its Initial Infringement Contentions**

In accordance with Local Patent Rule 3.10(a), plaintiff Horizon Global Americas Inc. moves to amend its initial infringement contentions. More specifically, Horizon seeks to: (i) add claims 1, 2, and 4 of U.S. Patent No. 10,589,585 (the "'585 patent") against Northern Stamping, Inc.'s ("NSI's") T1XX product, and (ii) add photos of the actual products (obtained by inspection on Nov. 3, 2021) to its infringement contention claim charts.

Good cause supports this motion because it is based on newly obtained discovery from Horizon's Nov. 3, 2021 inspection, and NSI will not be prejudiced because, as NSI contends in its stay motion, the case is "in its early stages." Moreover, Horizon's most recent initial infringement contentions stated explicitly that it had served discovery requests to obtain "specifics about the infringing product or products" and thus "reserves its right to amend and supplement its contentions if it discovers additional relevant material bearing on these issues."

Horizon's proposed second amended infringement contentions are attached as Exhibit A.

The reasons for granting this motion are more fully explained in the attached memorandum in support, which is incorporated by reference.

The Court should grant Horizon's motion.

Respectfully submitted,

Dated: November 15, 2021

   s/ David B. Cupar
David B. Cupar (OH 0071622)
Matthew J. Cavanagh (OH 0079522)
Andrew D. Gordon-Seifert (OH 0092499)
MCDONALD HOPKINS LLC
600 Superior Ave., East, Suite 2100
Cleveland, Ohio 44114
t 216.348.5400 | f 216.348.5414
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com
agordon-seifert@mcdonaldhopkins.com

*Counsel for plaintiff*
*Horizon Global Americas Inc.*