UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MINUTES OF PROCEEDINGS** | Date: June 29, 2023 |
| | Case No.: 1:20-cv-00310-PAB |
| PAMELA A. BARKER<br>United States District Judge | Court Reporter: Shirle Perkins |

HORIZON GLOBAL AMERICAS, INC.,

v.

NORTHERN STAMPING, INC.

| APPEARANCES: | For Plaintiff: | Brendan E. Clark<br>Brian A. Troyer<br>Christina J. Moser |
|---|---|---|
| | For Defendant: | David A. Bernstein<br>Jay R. Campbell<br>Ron N. Sklar |

PROCEEDINGS:  The Court held a status conference on Defendant's Motion for a Status Conference and Request to Lift the Stay (Doc. No. 71) and Plaintiff's Response thereto.  (Doc. No. 76.)

The Court lifts the stay for the limited purposes of Defendant filing a motion for leave to amend its answer and counterclaims; and if such motion is granted, to allow Defendant to file an amended answer and counterclaims and Plaintiff to file a response thereto.  The stay shall remain in effect for all other purposes while Plaintiff's appeal of the PTAB's decision is pending.

Defendant shall file its motion on August 1, 2023.  Plaintiff's response is due August 31, 2023.  And Defendant shall file a reply by September 14, 2023.

Time: 34 minutes                                                                     s/Kim Perhacs
                                                                                                    Courtroom Deputy Clerk