UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| Horizon Global Americas, Inc. | ) | Case No. 1:20-cv-00310-PAB |
|---|---|---|
| Plaintiff, | ) | Judge Pamela A. Barker |
| vs. | ) | |
| Northern Stamping, Inc. | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE OF CARTER S. OSTROWSKI

Please enter the appearance of Carter S. Ostrowski of the law firm of Tucker Ellis LLP, 950 Main Avenue – Suite 1100, Cleveland, Ohio 44113-7213 as counsel for Defendant Northern Stamping, Inc. in the above-captioned matter.

Respectfully submitted,

*/s/ Carter S. Ostrowski*
Carter S. Ostrowski (0102302)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Tel: 216.592.5000
Fax: 216.592.5009
Email: carter.ostrowski@tuckerellis.com

*Attorney for Defendant*
*Northern Stamping, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2023 a copy of the foregoing *Notice of Appearance of Carter S. Ostrowski* was filed electronically. Service of this filing will be made by operation of the Court's electronic filing system.

                                            */s/ Carter S. Ostrowski*
                                            Carter S. Ostrowski (0102302)

                                            *Attorney for Defendant*
                                            *Northern Stamping, Inc.*