UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Horizon Global Americas, Inc. | ) | Case No. 1:20-cv-00310-PAB |
| | ) | |
| Plaintiff, | ) | Judge Pamela A. Barker |
| | ) | |
| vs. | ) | **NOTICE OF WITHDRAWAL OF** |
| | ) | **DAVID A. BERNSTEIN** |
| Northern Stamping, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

Under L.R. 83.9, attorney David A. Bernstein gives notice that he is withdrawing as counsel for Defendant Northern Stamping, Inc. As of August 11, 2023, Mr. Bernstein is relocating to Portland, Oregon and will no longer be associated with Tucker Ellis LLP. Defendant has been informed of counsel's withdrawal. Defendant will remain represented by attorneys Jay R. Campbell and Carter S. Ostrowski of Tucker Ellis LLP and Ron N. Sklar and Dennis J. Abdelnour of Honigman LLP.

    Respectfully submitted,

*/s/ David A. Bernstein*
David A. Bernstein (0093955)
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
Email: david.bernstein@tuckerellis.com

*Attorneys for Defendant*

**PROOF OF SERVICE**

The foregoing was filed electronically on August 8, 2023. Service of this filing will be made by operation of the Court's electronic filing system upon the following counsel of record

*/s/ David A. Bernstein*
David A. Bernstein (0093955)
*Attorneys for Defendant*

6093474.1