# EXHIBIT B

Kaniewski Funeral Homes, Inc.
HOME PAGE



# Richard W. McCoy

September 20, 1949 ~ January 4, 2022 (age 72)

12 New Posts

12 Trees, Flowers, or Condolences have been shared with support of Richard's family - **View on Tribute Wall**

**Share a Memory**

**Obituary & Services**     **Tribute Wall**

# Obituary

Richard (Rick) McCoy, 72, of Granger, Indiana passed away the morning of January 4th, 2022 in the comfort of his home. He battled pulmonary fibrosis and was gifted additional years with his family after a lung transplant in 2016.

A proud alumnus of the University of Illinois, Rick graduated in 1971 with a B.S in Mechanical Engineering. He was an accomplished professional licensed engineer spending most of his years in the automotive/towing industry where he earned over 100 patents for developing new products. In his spare time his passions were woodworking, gardening, cooking, camping, traveling and spending time with his beloved wife Karen of 45 years and children. Rick was most at ease reading a book under his umbrella at Ft. Myers Beach.

Rick's greatest love was undoubtedly his family. Born the eldest of twelve, his leadership, compassion, and patience were unwavering and infectious. He knew how to brighten anyone's day with a smile, ears for listening, or shoulder to lean on. Papa was especially happiest planning and working on projects with his grandchildren.

During his final months he was provided with absolute compassion and kindness through his aide Christa Reeves and the Center for Hospice Team, whose care his family are incredibly thankful for.

Rick is survived by his wife (Karen), children: Megan (Greg) Parker, Dan (Stephanie) McCoy, Liz (Newly) Mach, and Tim (Kalyn) McCoy. He is also survived by his nine wonderful grandchildren: Marin, Sydney, Aubree, Owen, Fiona, Emilee, Bennett, Nora, and Oliver. He is also survived by his brothers and sisters: Pat, Bob, Carol, Sue, Kathy, Mary, Peggy, Mike, and Brian and many nieces and nephews. Rick is preceded in death by his parents, Wallace and Jean, brother Ken and sister Betty, and granddaughter Callie.

A visitation will be held at Kaniewski Funeral Home, 3545 N. Bendix Dr, South Bend, IN on Friday, January 14th from 3-7pm. A memorial mass will take place on Saturday, January 15th at 1pm with an hour of visitation prior to the service at Little Flower Catholic Church, 54191 N Ironwood Rd, South Bend, IN. In lieu of flowers, the family requests those who wish to express sympathy to consider making a donation to the Center for Hospice Care at foundationforhospice.org/donate/ or The American Lung Association at action.lung.org/.

To send flowers to the family or plant a tree in memory of Richard W. McCoy, please visit our floral store.

# Services

**VISITATION**

Friday
January 14, 2022

3:00 PM to 7:00 PM
Kaniewski Funeral Home
3545 N. Bendix Dr.
South Bend, IN 46628

**VISITATION**

Saturday
January 15, 2022

12:00 PM to 1:00 PM
Little Flower Catholic Church (South Bend)

**MASS OF CHRISTIAN BURIAL**

Saturday
January 15, 2022

Directions

Text Details

Email Details

Email Details

Email Details

1:00 PM
Little Flower Catholic Church (South Bend)

# Tribute Wall