# EXHIBIT A

HORIZON GLOBAL

February 13, 2020

**Via E-Mail Only (mfriedman@NorthernStamping.com)**
Mr. Matthew Friedman
President and Chief Executive Officer
Northern Stamping, Inc.

*Re: Infringement Matter*

Mr. Friedman:

I was not aware of the communication you sent to my predecessor. I don't believe that communication was circulated within Horizon. Nevertheless, we analyzed your response and confirm that nothing in that response changes our position regarding Northern Stamping's infringement. In fact, if this is the best argument you are able to put forward, we are even more confident in our infringement position.

As an initial matter, your May 8, 2008 letter does not identify any non-infringement basis. Instead, your sole argument is invalidity – namely, that Horizon's May 8, 2008 drawing does not show a receiving member for the attachment of the fifth wheel hitch as recited by the '050 patent claims.

That is incorrect. The May 8, 2008 drawing clearly shows a receiving member. The annotated May 8, 2008 drawing below shows the location of the receiving member.




As you acknowledged in your communication, if the May 8, 2008 drawing showed the receiving member, then it would antedate the Ford patents. Therefore, the May 8, 2008 drawing properly antedates the Ford patents you identified in your communication, and resolves the sole issued that you raised.

As such, we maintain our position regarding infringement. As I stated to you in my prior letter, Horizon filed the complaint I previously sent to you with the Northern District of Ohio. I will provide one last opportunity to resolve this matter without significant legal fees incurred. If Horizon does not receive a response from you by **February 28, 2020**, Horizon will have no choice but to defend itself from infringement.

Please email me to schedule a time to talk about how we can work together about amicably resolving this matter.

Best,

Terrence G. Gohl
Chief Executive Officer, Horizon Global Corporation

Enclosure