# EXHIBIT C

UNITED STATES PATENT AND TRADEMARK OFFICE

---

BEFORE THE PATENT TRIAL AND APPEAL BOARD

---

**Northern Stamping, Inc.,**
Petitioner,

v.

**Horizon Global Americas Inc.,**
Patent Owner.

---

IPR2021-01411
U.S. Patent No. 10,589,585

---

# DECLARATION OF ERIC STANIFER

---

Ex 1
Witness Stanifer
Date 7-28-22 MMG

I, Eric Stanifer declare as follows:

## I. EDUCATION AND WORK BACKGROUND

1. I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify to those facts.

2. I am one of the named inventors of U.S. Patent No. 10,589,585 (the '585 Patent).

3. I obtained a bachelor's degree in engineering from Indiana State University and took two years of engineering classes at Purdue.

4. I have 18+ years of experience in the design and development of products for the towing industry. I have used the experience and knowledge that I gained to establish a reputation in the industry as a credible individual for various customers and companies to rely on.

5. At the time of writing this declaration, I am employed by Lippert Components.

## II. PRESENT *INTER PARTES* REVIEW

6. I have been informed that that an *inter partes* review ("IPR") trial has been instituted on claims 16-20 of the '585 patent.

7. I have been asked to testify about events associated with development of the subject matter of the '585 patent, and specifically the inventions described in claims 16-20.

8. I have been informed that the Petitioner subdivided Claim 16 as follows:

| |
|---|
| [16.P] A hitch mounting system comprising: |
| [16.1] a pair of tubular members each having a cross-sectional shape a substantial portion of which is defined by an enclosed peripheral wall with a generally hollow section; |
| [16.2] a mid rail attached to each of and between said pair of tubular members, |
| [16.3] said mid rail having a socket capable of accepting a gooseneck hitch ball; |
| [16.4] a pair of receiving members attached with each of said pair of tubular members; |
| [16.5] said receiving members configured to engage a leg of a fifth wheel hitch. |

For ease of reference, I will refer to Petitioner's numbering scheme as needed.

9. Dependent Claims 17-20 read as follows:

| |
|---|
| [17.] The hitch mounting system of claim 16, wherein at least a pair of the receiving members are configured to accept a safety chain tie down. |
| [18.] The hitch mounting system of claim 16 further comprising a plurality of fasteners attaching said mid rail between said pair of tubular members. |
| [19.] The hitch mounting system of claim 16, wherein the pair of tubular members are configured to attached with a frame of a vehicle. |
| [20.] The hitch mounting system of claim 19, further comprising an attachment bracket attached with the pair of tubular members, the attachment bracket capable of attaching the pair of tubular members to the frame of the vehicle. |

10. Throughout this declaration, I will refer to the components and functionality recited in claim 16 and use that claim an exemplary claim. It should be

noted that my statements equally correspond to the same or similar components and functionality recited in claims 17-20.

11. I have reviewed the various exhibits referenced in this declaration, and, based on my review of those documents, I know them to be true and accurate copies. I have been informed that these exhibits will be submitted as evidence in the IPR trial.

## III. DEVELOPMENT OF THE CLAIMED INVENTION

12. I joined Cequent Performance Products in or around 2004. I worked at the Goshen, IN facility until it closed in or around 2013, at which time I transferred to the Plymouth, MI facility.

13. Up until the late 2000s, the Company only developed and produced after-market trailer hitches and components. We were considered the market leader in this space and we were constantly researching and developing methods to improve performance of our products and looking for ways to expand our business and increase company revenues.

14. In the late 2000s, we began thinking that we could both improve the increase revenue on hitches if we were able to provide an embedded hitch that OEMs could integrate into their production vehicles as opposed to vehicle owners or third-parties needing to purchase them individually and install them after-market.

15. I worked closely with Rick McCoy on this concept. Mr. McCoy was Engineering Manager. I was the lead designer on the project. Many other employees worked under us, and at our direction, on the project.

16. Along with Chuck Morrison, I prepared CAD drawings showing my invention. The Company used SolidWorks software for its computer-aided design work. The software gave the user the ability to download files in certain formats that were specific to SolidWorks' software, such as SLDDRW (two-dimensional SolidWorks CAD), SLDPRT (SolidWorks Part File), SLDASM (SolidWorks Assembly Format), and STEP (3D graphic file). The software also gave users the ability to download pdf versions of the drawings/models. This was often done when the target audience would not have or be using SolidWorks to view the files, and needed to see the drawings, for example, for internal discussions, for sending to suppliers or OEMs, etc.

17. For documents referenced in this declaration, the dates on the documents reflect when the work was done. Once the work was done, we would download the drawings as pdf files and save them to the system. The "last modified" date in the documents would represent the date that the pdf was created and saved to the file server, which could be on the same date that revisions were made, or could be sometime thereafter.

18. Knowing that our team had expertise in this field, Ford approached us to make a factory-installed underbed hitch mounting system. My understanding is that we were the first to ever develop such a product for an OEM.

19. By at least March 2009, we conceived of the claimed inventions. **Exhibit 2016** was last modified on March 17, 2009[1] and shows all of the claimed limitations. I prepared this document, as indicated in the metadata, which shows:

| Title | Last Modified Date | Author | File Type |
|---|---|---|---|
| gooseneck fixture.PDF | 3/17/2009 17:42 | TOWING\estanifer (ESTANIFER_PC) | PDF |

20. Another document, **Exhibit 2017** was last modified on March 27, 2009, and also shows all of the claimed limitations. This document was prepared by my colleague Chuck Morrison under my direction and supervision and shows the invention.

21. Further, **Exhibit 2020** shows the initial release on the face of the document as March 12, 2009. Additional revisions occurred on April 1, 2009 (p.3). Those revisions did not change the main features of the product that were claimed in the '585 Patent. It is also my understanding the metadata showed a last modified

[1] The last modified dates, author, filename, and other metadata was all provided to me in connection with my testimony, as I no longer have access to any of those electronic files. The dates and other properties are consistent with my recollection of the timing of the events testified herein about and who I would have expected the authors to be.

date on April 20, 2009. This document was prepared by my colleague Chuck Morrison at my direction and shows the invention. I oversaw and directed Mr. Morrison in the preparation of this document.

22. The claimed features are shown in these documents. The table below shows each feature:

| **Claim Limitation** | **March 12, 2020 drawing (last modified April (Ex. 2020)** | **March 27, 2020 drawing (Ex. 2016)** |
|---|---|---|
| [16.p] A hitch mounting system comprising: | Ex. 2020 shows a hitch mounting system  | Ex. 2016 shows a hitch mounting system  |
| [16.1] a <u>pair of tubular members</u> each having a cross-sectional shape a substantial portion of which is defined by an enclosed peripheral wall with a generally hollow section; |   The drawing shows tubular members |  The drawing shows tubular members |

| | | |
|---|---|---|
| [16.2] a <u>mid rail</u> attached to each of and between said pair of tubular members, |  The drawing shows the mid rail |  The drawing shows the mid rail |
| [16.3] said mid rail having a socket capable of accepting a gooseneck hitch ball; |  The mid rail has a socket capable of accepting a gooseneck hitch ball |  The mid rail has a socket capable of accepting a gooseneck hitch ball |
| [16.4] a <u>pair of receiving members</u> attached with each of said pair of tubular members; |  The drawing shows a pair of receiving members attached with each tubular member |  The drawing shows a pair of receiving members attached with each tubular member |

| | | |
|---|---|---|
| [16.5] said receiving members configured to engage a leg of a fifth wheel hitch. |  The receiving members are configured to engage a leg of a fifth wheel hitch. |  The receiving members are configured to engage a leg of a fifth wheel hitch. |

23. For the dependent claims:

| **Claim Limitation** | **March 12, 2020 drawing (last modified April (Ex. 2020)** | **March 27, 2020 drawing (Ex. 2017)** |
|---|---|---|
| [17.] The hitch mounting system of claim 16, wherein at least a pair of the receiving members are configured to accept a safety chain tie down. | The receiving members can be configured to accept a safety chain tie down  | The receiving members can be configured to accept a safety chain tie down  |

| | | |
|---|---|---|
| [19.] The hitch mounting system of claim 16, wherein the pair of tubular members are configured to attached with a frame of a vehicle. |  The system has castings with mounting apertures |  The system has castings with mounting apertures |
| [20.] The hitch mounting system of claim 19, further comprising an attachment bracket attached with the pair of tubular members, the attachment bracket capable of attaching the pair of tubular members to the frame of the vehicle. | |  Exhibit 2016 shows mounting brackets |

24. During this period we continually tested our invention to determine whether it would meet the required specifications. A document I drafted, Exhibit 2054, shows this testing from April until July, 2009. My authorship is confirmed by the metadata, which reveals the following:

| **Title** | **Last Modified Date** | **Author** | **File Type** |
|---|---|---|---|
| Testing Summary 070109.pptx | 7/7/2009 13:42 | Eric Stanifer | PPTX |

25. We continued to refine the product but never altered or eliminated the features claimed in Claims 16-20.

## IV. <u>FILING A PATENT APPLICATION</u>

26. Following the conception of the invention, Horizon (then Cequent) sought patent protection for our inventions. As an inventor I participated in the process. Exhibit 1003 at page 28 shows my signature as part of that application.

27. That application discloses our invention, including the invention recited in the '585 patent. Figure 4 from that application (the '062 application, Exhibit 1003 at 23) shows the same drawing illustrated above:



Figure 4

28. The application disclosed "[16.P] A hitch mounting system comprising" at least at:

> [0002] The present invention is generally related to a towing apparatus and, more articularly, to an underbed hitch mounting system.

29. The application disclosed "[16.1] a pair of tubular members each having a cross-sectional shape a substantial portion of which is defined by an enclosed peripheral wall with a generally hollow section" at least at:

> [0021] For example, the mounting system 10 may include two rails 20 and one mid rail or adapter plate 40.
>
> [0021] The rails 20 may be of any appropriate shape or size, such as a generally tubular, square or rectangular shape.

30. The application disclosed "[16.2] a mid rail attached to each of and between said pair of tubular members" at least at:

> [0021] For example, the mounting system 10 may include two rails 20 and one mid rail or adapter plate 40.

31. The application disclosed "[16.3] said mid rail having a socket capable of accepting a gooseneck hitch ball" at least at:

> [0035] A hitch ball 18 may be removably connected to the hitch ball socket 42 through the hole in the truck bed, whereby a gooseneck hitch may be utilized.
>
> [0038] The hitch ball socket 42 and corresponding hitch ball 18 may be located on the mid rail 40 (Figures 4-6).

32. The application disclosed "[16.4] a pair of receiving members attached with each of said pair of tubular members" at least at:

> [0034] The underbed hitch mounting system 10 may include at least two rails or cross members 20. The cross members 20 may include sockets 30 for attachment with a puck or receiving member 44.

33. The application disclosed "[16.5] said receiving members configured to engage a leg of a fifth wheel hitch" at least at:

> [0035] A fifth wheel hitch may be removably connected to the sockets 30 in the rails 20 through the holes located in the truck bed.

34. The application disclosed "[17] The hitch mounting system of claim 16, wherein at least a pair of the receiving members are configured to accept a safety chain tie down" at least at:

> [0037] Any number or variety of accessories 60 may be utilized with the receiving members 44. The accessory member 60 may be any appropriate or desired type of object, such as a cap or a <u>safety chain tie down</u> member. For example, caps (not shown) may be placed over the receiving members 44 or holes in the truck bed when the hitch is not in use.
>
> Claim 3. The mounting system of claim 2, wherein said accessory is a safety chain tie down member.

35. The application disclosed "[19] The hitch mounting system of claim 16, wherein the pair of tubular members are configured to attached with a frame of a vehicle" at least at:

> [0023] The mounting apertures 28 may also be used to connect the rails 20 of the hitch mounting system 10 to the underbed of the towing vehicle frame 52. For example, the rails 20 may be connected to the towing vehicle frame 52, such as underneath the truck bed (not shown).
>
> [0034] The cross members 20 may be attached to the vehicle framework 52 by any appropriate means, such as with fasteners, by welding or the like.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 17, 2022

*/s/ Eric Stanifer*
Eric Stanifer