**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

HORIZON GLOBAL AMERICAS, INC.,  )
              )
   Plaintiff,       )
              )
   v.         )   Case No. 1:20-cv-00310-PAB
              )
NORTHERN STAMPING, INC.,    )   Honorable Judge Pamela A. Barker
              )
   Defendant,      )

**<u>DEFENDANT NORTHERN STAMPING, INC.'S MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED MOTION FOR ATTORENYS' FEES</u>**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Northern Stamping, Inc. ("NSI") moves for an extension of time to file an amended motion for attorneys' fees. On May 27, 2025, NSI timely filed a Motion for Attorneys' Fees (Dkt. 113) against both Plaintiff Horizon Global Americas, Inc. ("Horizon") and its counsel. Horizon subsequently filed for bankruptcy. Because the factual bases for NSI's motion against Horizon and its counsel were "essentially the same," for efficiency purposes, this Court stayed the case during the pendency of Horizon's bankruptcy proceedings. Dkt. 130. To expedite resolution of its motion and this case, NSI respectfully moves the Court for an extension of time to file an amended fees motion. The amended motion resolves this Court's efficiency concerns by forgoing any basis for recovery against Horizon and seeking fees exclusively from Horizon's counsel pursuant to 28 U.S.C. § 1927 and the inherent powers of the Court. Further, to avoid any need for involvement by Horizon, NSI also agrees to withdraw its subpoenas to Mr. Stanifer, Horizon's former employee, and Mr. Cupar, Horizon's original counsel.

For the reasons provided in more detail in the attached memorandum, NSI respectfully

requests that this Court grant this motion.

Dated:  June 26, 2026

Respectfully submitted,

By: /s/ *Ron N. Sklar*

Ron N. Sklar
Dennis J. Abdelnour
**HONIGMAN LLP**
321 N. Clark St., Ste. 500
Chicago, IL 60654
(312) 701-9300
rsklar@honigman.com
dabdelnour@honigman.com

Jay R. Campbell (0041293)
Carter Ostrowski (0102302)
**TUCKER ELLIS LLP**
950 Main Avenue Suite 1100
Cleveland, OH 44113
(216) 592-5000
jay.campbell@tuckerellis.com
david.bernstein@tuckerellis.com

*Attorneys for Defendant Northern Stamping, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 26, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all registered users.

<u>/s/ <em>Ron N. Sklar</em>            </u>